IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NELSON JAVIER NEVAREZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-536 |
| | : | |
| MICHAEL J. ASTRUE | : | |
| *Commissioner of Social Security* | : | |

# ORDER

AND NOW, this 2nd day of March, 2011, upon consideration of Plaintiff Nelson Javier Nevarez's Request for Review, and Defendant Michael J. Astrue's Response thereto, after careful review of the well-reasoned Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, and noting no objections to the Report and Recommendation have been filed, it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Nevarez's Request for Review is GRANTED.

3. This matter is REMANDED to the Commissioner of Social Security for further review consistent with this Order and the Report and Recommendation.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.